UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 98-2817-RAP(CWx)          Date: December 10, 1999

Title:   United Pacific Insurance Co. V. U.S. Department of Interior

=================================================================
PRESENT:

THE HONORABLE RICHARD A. PAEZ, JUDGE

Valencia R. Vallery              None Present
Courtroom Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:   (IN CHAMBERS)   ORDER CONTINUING COUNTER-CLAIMANT'S MOTION FOR (A) INDICATION WHETHER DISTRICT COURT WILL ENTERTAIN OR GRANT MOTION FOR RECONSIDERATION AND (B) RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT TO JANUARY 24, 2000 AT 9:30 A.M.

On the Court's own motion, the above matter is ordered continued from December 13, 1999 to January 24, 2000 at 9:30 a.m.

The clerk shall serve a copy of this minute order on all counsel of record in this action.

MINUTES FORM 11                    Initials of Deputy Clerk
CIVIL - GEN

