UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES - GENERAL

Case No.   CV 98-2817-RAP(CWx)            Date: January 20, 2000

Title:   United Pacific Insurance Co. V. U.S. Department of Interior

================================================================
PRESENT:

THE HONORABLE RICHARD A. PAEZ, JUDGE

Valencia R. Vallery              None Present
Courtroom Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS:   (IN CHAMBERS) ORDER TAKING UNDER SUBMISSION COUNTER-CLAIMANT'S MOTION FOR (A) INDICATION WHETHER DISTRICT COURT WILL ENTERTAIN OR GRANT MOTION FOR RECONSIDERATION AND (B) RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

The Court hereby takes the above matter under submission. The hearing date of January 24, 2000 is ordered off-calendar.

The clerk shall serve a copy of this minute order on all counsel of record in this action.

MINUTES FORM 11
CIVIL - GEN


ENTERED ON ICMS
JAN 21 2000
CV

Initials of Deputy Clerk