ALEJANDRO N. MAYORKAS
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KURT RAMLO
Assistant United States Attorney
California Bar Number 166856
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012-9834
    Telephone:  213-894-3038
    Facsimile:  213.894.7819

Attorneys for Defendant United States
Department of the Interior, Minerals
Management Service, and Counterclaimant
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED PACIFIC INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, MINERALS MANAGEMENT SERVICE,<br><br>    Defendant. | Case No. CV 98-2817 RAP (CWx)<br><br>STIPULATION ACKNOWLEDGING FULL SATISFACTION OF RULE 54(B) JUDGMENT AND DISMISSING WITH PREJUDICE ALL REMAINING UNDECIDED CLAIMS FOR RELIEF; [Proposed] ORDER DISMISSING ACTION |
| UNITED STATES OF AMERICA,<br><br>    Counterclaimant,<br><br>    v.<br><br>UNITED PACIFIC INSURANCE COMPANY,<br><br>    Counterdefendant. | |

    Plaintiff and Counterdefendant United Pacific Insurance Company ("United Pacific"), Defendant United States Department of the

1

DEC - 8 2000

1  Interior, Minerals Management Service, and Counterclaimant
2  United States of America (collectively "MMS"), have reached a
3  settlement and pursuant thereto stipulate as follows:
4      1.  MMS hereby acknowledges that it has accepted payment other
5  than that specified in the Fed. R. Civ. P. 54(b) judgment entered by
6  this Court on September 21, 1999 in full satisfaction of the judgment.
7      2.  The parties dismiss all remaining undecided claims for
8  relief with prejudice, each party to bear its own costs, expenses and
9  attorney fees.

Dated: 10/19/00

ALEJANDRO N. MAYORKAS
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
KURT RAMLO
Assistant United States Attorney

Attorneys for Defendant United States
Department of the Interior, Minerals
Management Service, and Counterclaimant
United States of America

Dated: 10/17/00

PILLSBURY MADISON & SUTRO LLP

_____
PHILIP S. WARDEN
JASON R. ERB

Attorneys for Plaintiff and
Counterdefendant United Pacific
Insurance Company

2

ORDER DISMISSING ACTION

Pursuant to the stipulation of the parties,

IT IS ORDERED that:

1. The stipulation is approved;

2. The Fed. R. Civ. P. 54(b) judgment entered by this Court on September 21, 1999 has been satisfied in full;

3. Except for the Fed. R. Civ. P. 54(b) judgment entered on September 21, 1999, this action is dismissed with prejudice; and

4. Each party shall bear its own costs, expenses and attorney fees.

Dated: 12/5/00

RICHARD A. PAEZ
United States Circuit Judge, sitting by designation